IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>                       Plaintiff,<br>  v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>                       Defendant. | Case No. 2:14-cv-405<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>                       Plaintiff,<br>  v.<br><br>**PC CONNECTION, INC.,**<br><br>                       Defendant. | Case No. 2:14-cv-470<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF EDEKKA LLC AND DEFENDANT PC CONNECTION, INC.**

Plaintiff eDekka LLC ("eDekka") and Defendant PC Connection, Inc. ("PC Connection"), pursuant to Federal Rule of Civil Procedure 41 and their agreement, hereby move for an order dismissing all claims by eDekka against PC Connection made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Wherefore, eDekka respectfully requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: December 19, 2014                        Respectfully submitted,

                                                      */s/ Craig Tadlock*
                                                      Craig Tadlock
                                                      State Bar No. 00791766
                                                      John J. Harvey, Jr.

        State Bar No. 09179770
        Keith Smiley
        State Bar No. 24067869
        **TADLOCK LAW FIRM PLLC**
        2701 Dallas Parkway, Suite 360
        Plano, Texas 75093
        903-730-6789
        craig@tadlocklawfirm.com
        john@tadlocklawfirm.com
        keith@tadlocklawfirm.com

        *Attorneys for Plaintiff eDekka LLC*

## CERTIFICATE OF CONFERENCE

    I hereby certify that on December 19, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

        */s/ Keith Smiley*
        Keith Smiley

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of December, 2014.

        */s/ Craig Tadlock*
        Craig Tadlock